# THE STATE OF ALABAMA -- JUDICIAL DEPARTMENT
# THE ALABAMA COURT OF CRIMINAL APPEALS

**CR-04-0068**

Jeffery Baker v. State of Alabama   (Appeal from Pike Circuit Court: CC03-249)

## CERTIFICATE OF JUDGMENT

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Court of Criminal Appeals; and

WHEREAS, the judgment indicated below was entered in this cause on August 26th 2005:

**Affirmed.**

NOW, THEREFORE, pursuant to Rule 41 of the Alabama Rules of Appellate Procedure, it is hereby certified that the aforesaid judgment is final.

Witness. Lane W. Mann, Clerk
Court of Criminal Appeals, on this
the 4th day of January, 2006.

**Clerk**
**Court of Criminal Appeals**
**State of Alabama**

cc: Hon. Larry K. Anderson, Circuit Judge
Hon. Brenda M. Peacock, Circuit Clerk
Jeffrey C. Robinson, Attorney
Jeffery Baker, Pro Se
Cecil G. Brendle, Jr., Asst. Atty. Gen.