# COURT OF CRIMINAL APPEALS
# STATE OF ALABAMA

H. W. "BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges



Lane W. Mann
Clerk
Sonja McKnight
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689

CR-04-0068

Jeffery Baker v. State of Alabama  (Appeal from Pike Circuit Court: CC03-249)

## ORDER

Appellant's motion to vacate and set aside the certificate of judgment and or reinstate appeal is DENIED.

Done this the 10th day of January, 2006.

_____
H. W. "Bucky" McMillan, Presiding Judge
Court of Criminal Appeals

cc: Jeffery Baker, Pro Se
    Cecil G. Brendle, Jr., Asst. Atty. Gen.