# SUPREME COURT OF ALABAMA

Robert G. Esdale
  Clerk
Lynn Knight
  Assistant Clerk



Office of the Clerk
300 Dexter Avenue
Montgomery, AL 36104-3741
(334) 242-4609

## 1050463

Ex parte Jeffery Baker.  PETITION FOR WRIT OF MANDAMUS: CRIMINAL  (In re: Jeffery Baker v. State of Alabama)   (Pike Circuit Court: CC03-249; Criminal Appeals : CR-04-0068).

### NOTICE

You are hereby notified that your case has been docketed.  Future correspondence should refer to the above Supreme Court case number.  The petition for writ of mandamus was filed with the Supreme Court on 01/09/2006

**AMENDMENTS TO THE RULES OF APPELLATE PROCEDURE**

    Counsel and parties should review recent amendments to the Alabama Rules of Appellate Procedure, effective June 1, 2005.  The amendments can be found in The Southern Reports, Second series, volume numbered 888-890.  The amendments can also be found under "Rule Changes" at the Judicial System website at www.judicial.state.al.us.

    Appellate Mediation:  On July 17, 2003, the Supreme Court of Alabama adopted Rule 55, Alabama Rules of Appellate Procedure, which provides for appellate mediation of civil cases.  On January 6, 2004, the Supreme Court of Alabama adopted the Alabama Appellate Mediation Rules.  The rules can be accessed at http://www.judicial.state.al.us.  Any counseled civil case may be referred to appellate mediation by the Appellate Mediation Administrator.

    Form Requirements for Documents filed with the Court: Certain amendments to the Alabama Rules of Appellate Procedure can be found in the volume of the Alabama Reporter containing cases from 798-804 So.2nd.  The most recent appellate rules amendments can be found in the volume of the Alabama Reporter containing cases from 888 - 890 So.2nd.

    `Please note that Rule 32(a)(5) requires that briefs be set in Courier New 13.  See Rule 32(a)(5), Ala. R. App. P., as amended.  This paragraph is typed in Courier New 13.`

    Signature on Briefs: Newly adopted Rule 25A, Alabama Rules of Appellate Procedure, requires that appellate documents be signed by at least one attorney of record or, in a case in which the party is proceeding pro se, by the party.  The rule provides that any unsigned document shall be stricken unless the omission is promptly corrected after it is called to the attention of the attorney or party filing it.

    Petitions for Writ of Certiorari: Rules 39 has again been amended, effective June 1,