IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA **RECEIVED**
NORTHERN DIVISION

2006 JAN 18  A 9: 53

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

|   |   |
|---|---|
| JEFFERY BAKER JR., | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * Case No. 2 : 06CV43-MEF |
| | * |
| | * |
| THE ALABAMA SUPREME AND | * |
| COURT OF CRIMINAL APPEALS, | * |
| Drayton Nabers, Jr., and | * |
| H. W. McMillan, in their official | * |
| Capacities, | * |
| | * |
| Defendants, | * |
| | * |
| | * |
| RE: Jeffery Baker Jr., vs. | * |
| State of Alabama CR-04-0068 | * |
| Ala. S.Ct. No. 1050463 | * |

## MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff, Jeffery Baker Jr, moves this Honorable Court for an order allowing him to proceed in this case without prepayment of fees, costs, or security therefore and pursuant to Federal Rule 65 (c) plaintiff moves the Court to waive the giving security required for a restraining order and for good grounds, submits the attached sworn affidavit in support of the motion. Plaintiff shows because of his poverty I am unable to give security or execute a security bond but believes his is entitled to redress. That the parties to this action are governmental entities of the State of Alabama and are lawyers charged with administering justice and the Alabama Attorney General is

paid to represent the common good of both the laws and all citizens alike. It is so prayed

and respectfully submitted in good faith.

Done this day 16th day of January 2006.

Jeffery Baker Jr.,

## CERTIFICATE OF SERVICE

I hereby certify that I have this day, January 18, 2006, served copies of the forgoing on

the following by U.S. Mail with postage pre-paid and affixed and properly addressed as

follows:

Clerk, Alabama Supreme Court
300 Dexter Avenue
Montgomery, Al 36104

Clerk, Court of Criminal Appeals
300 Dexter Avenue
Montgomery, Al 36130

Hon: Troy King Attorney General,
State of Alabama
11 South Union Street
         Montgomery, Alabama 36130

Jeffery Baker Jr.,

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA


AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
*IN FORMA PAUPERIS*


I, _Jeffery Baker Jr_____, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1.  Are you presently employed?                                     YES ( )  NO (X)

    A.  If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer:_____

    _____

    B.  If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. _5/30/92  $5.00 Pr hour_

2.  Have you received within the past 12 months any money from any of the following sources?

    A.  Business, profession, or form of self-employment?          YES ( )  NO (X)

    B.  Rent payments, interest, or dividends?                      YES ( )  NO (X)

    C.  Pensions, annuities, or life insurance payments?           YES ( )  NO (X)

    D.  Gifts or inheritances?                                      YES ( )  NO (X)

    E.  Any other sources?                                          YES (X)  NO ( )

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. _V. A  $ 210.00 pr month_

_____

_____

_____

3.      Do you own cash, or do you have money in a checking/savings account?

YES ( )     NO (X)

If the answer is YES, state the total value of the items owned. _____

_____

_____

_____

4.      Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?     YES (X)     NO ( )

If the answer is YES, describe the property and state its approximate value. _____

1974 F 100 Pickup truck, $300.00

_____

_____

5.      List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. Willo D. Baker, Wife. $ 0.00

_____

_____

_Jeffery Baker Jr._
Plaintiff

STATE OF ALABAMA
COUNTY OF _____

        Subscribed and sworn to before me on this _____ day of _____,
199__, at _____, Alabama.

_____
NOTARY PUBLIC in and for said County,
in said State

(SEAL)

My commission expires _____.

**OR**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _January 17, 2006_ .

_Jeffery Baker Jr._
Plaintiff