IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY BAKER JR., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:06cv43-WHA |
| THE ALABAMA SUPREME AND COURT OF CRIMINAL APPEALS, Drayton Nabers, Jr., and H.W. McMillan, in their official Capacities, | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of matters presently before the court in this case, it is hereby ORDERED as follows:

(1) Plaintiff's Motion to Proceed In Forma Pauperis (Doc. #2) is GRANTED.

(2) Plaintiff's Motion for Temporary Restraining Order (construing the request in the Complaint to be such a motion) (Doc. #1) is DENIED.

Done this the 20th day of January, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE