IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY BAKER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv043-WHA |
| | ) |
| THE ALABAMA SUPREME AND COURT | ) |
| OF APPEALS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This case is hereby referred to Magistrate Judge Vanzetta Penn McPherson for action or recommendation on all pretrial matters.

DONE this 23rd day of January, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE