IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY BAKER JR., | * |
| Plaintiff, | * |
| vs. | * Case No. 2:06cv43-WHA |
| THE ALABAMA SUPREME AND COURT OF CRIMINAL APPEALS, Drayton Nabers, Jr., and H. W. McMillan, in their official Capacities, | * |
| Defendants, | * |

## NOTICE AND MOTION FOR CHANGE IN ADDRESS

Comes now Jeffery Baker Jr, in the above styled cause and serves notice of a change in current mailing address. Plaintiff respectfully request that all future mail of the Court be addressed as follows:

Jeffery Baker Jr.,
1357 County Road 3348
Brundidge, Al 36010

Plaintiff moves the Honorable Court to change its records so as to reflect the correct mailing address in future correspondences to the undersigned. It is so prayed and respectfully submitted in good faith.

Done this 27th day of January 2006.

Jeffery Baker Jr.,
1357 Co. Rd. 3348
Brundidge, Al 36010
334-735-3548

## CERTIFICATE OF SERVICE

I hereby certify that I have this day, January 27, 2006, served notice of change of address on the following by U.S. Mail with postage pre-paid and affixed and properly addressed as follows:

Clerk, Alabama Supreme Court
300 Dexter Avenue
Montgomery, Al 36104

Clerk, Court of Criminal Appeals
300 Dexter Avenue
Montgomery, Al 36130

Hon: Troy King Attorney General,
State of Alabama
11 South Union Street
Montgomery, Alabama 36130

　　　　　　　　　　　　　　　　　　／s／ Jeffery Baker
　　　　　　　　　　　　　　　　　　Jeffery Baker Jr.,