IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY BAKER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 2:06cv043-WHA |
| | ) |
| THE ALABAMA SUPREME AND COURT | ) |
| OF CRIMINAL APPEALS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #6), entered on January 25, 2006, and the Objection (Doc. #8), filed by the Plaintiff on February 6, 2006. Upon an independent evaluation and *de novo* review of this matter, the court finds as follows:

Plaintiff's objections are premised in the main on the jurisdictional basis of his Complaint. Throughout his objections, he contends that the Complaint and his claims were not based on § 1983, and he challenges various portions of the Recommendation as incorrectly decided on that basis. The court finds that the Complaint clearly and specifically invokes 42 U.S.C. § 1983 as the basis for the relief he seeks. Although he also refers to the Declaratory Judgment Act, 28 U.S.C. § 2201, it, like every other federal statute, is subject to federal jurisprudence when constitutional violations by state actors are alleged.

All of the Plaintiff's claims challenge official actions by state court judges or clerks, acting in compliance with judicial decrees. According to his prayer for relief, Mr. Baker wants this court to direct a state court proceeding, tell state judges in a pending action that they are

violating his constitutional rights, enjoin the enforcement of a Certificate of Judgment in a state court appellate proceeding, instruct Alabama Supreme Court justices on how to characterize documents, and otherwise reverse state court judgments against him. A federal court cannot do that in a § 1983 action.

  Plaintiff's Objection is hereby overruled, the court adopts the Recommendation of the Magistrate Judge, and it is hereby

  ORDERED that this cause is DISMISSED as frivolous within the meaning of 28 U.S.C. § 1915(e), and each of the Plaintiff's claims against the two Alabama courts and the Alabama judges are DISMISSED with prejudice.

  DONE this 10th day of April, 2006.

  /s/ W. Harold Albritton
  W. HAROLD ALBRITTON
  SENIOR UNITED STATES DISTRICT JUDGE