IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY BAKER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv043-WHA |
| | ) |
| THE ALABAMA SUPREME AND COURT | ) |
| OF CRIMINAL APPEALS, et al., | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the order entered by the court on this day,

Final Judgment is entered in favor of the Defendants, The Alabama Supreme and Court of Criminal Appeals, Drayton Nabers, Jr., and H. W. McMillan, and against the Plaintiff, Jeffery Baker, Jr.

DONE this 10th day of April, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE