IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEFFERY BAKER JR.,     *

            *

   Plaintiff,     *

            *

vs.           *  Case No. 2:06cv043-WHA

            *

THE ALABAMA SUPREME AND *

COURT OF CRIMINAL APPEALS, *

Drayton Nabers, Jr., and   *

H. W. McMillan, in their official *

Capacities,       *

            *

   Defendants,    *

## MOTION FOR LEAVE TO AMEND COMPLAINT

Comes now the Plaintiff in above-styled case, pro-se, unlearned in law therefore subject to error, respectfully, and in good faith and moves the court for leave to amend the complaint, pursuant to the Federal Rules of Civil Procedure, Rule 15 (a), and to invoke 28 U.S.C. §§2201 and 28 U. S.C. 1651 and to strike 42 U.S.C. §1983 as the basis for the Court's jurisdiction, Plaintiff shows good cause as follows:

1.  The Court issued its order in the case on April 10, 2006, dismissing the case with prejudice pursuant to 28 U.S.C. §1915 (e).

2.  The Court may grant relief from a final judgment, or may alter or amend the final judgment if an adverse party applies for such relief within the time specified by the Federal Rules of Civil Procedure.

3.  Filed contemporaneously are plaintiff's motions For Relief from the Final Judgment and motion to Alter or Amend the Judgment.

4.    Rule 15 of the Federal Rules of Civil Procedure allows for the amendments of complaints in the United States District Courts.

5.    Rule 1 of the Federal Rules of Civil Procedure are to be construed and administered to secure the just, speedy, and inexpensive determination of every action.

6.    Otherwise, the complaint states a cognizable claim against the named defendants pursuant to Titles 28 U.S.C. §§2201 and §1651.

7.    Since the defendants are yet to be served a summon or the complaint, they will not be prejudiced by allowing the complaint to be amended to add the jurisdiction of the court, inadvertently omitted by the pro se unlearned plaintiff.

8.    The plaintiff will be denied his state and federal law rights if the motion is not granted by the Court.

WHERFORE, the Federal Rules allows the parties to an action to amend the complaint, and where the complaint maintains, Constitutional violations of the First, Sixth, and Fourteenth Amendments.  It is so prayed and respectfully submitted in good faith.

Done this 20th day of April 2006.

Jeffery Baker Jr., Plaintiff
1357 County Road 3348
Brundidge, Al 36010
334-735-3548

## CERTIFICATE OF FILING

I hereby certify that I have this day the 20th day of April 2006, filed the forgoing motion for leave in the United States District Court for the Middle District of Alabama by hand delivering the same to the office of the Clerk United States District Court at One Church Street, Montgomery, Alabama.

Jeffery Baker Jr., Plaintiff