IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY BAKER JR., | * |
| Plaintiff, | * |
| vs. | *  Case No. 2:06cv043-WHA |
| THE ALABAMA SUPREME AND COURT OF CRIMINAL APPEALS, Drayton Nabers, Jr., and H. W. McMillan, in their official Capacities, | * |
| Defendants, | * |

## MOTION FOR RELIEF FROM JUDGMENT, ALTERNATIVELY MOTION TO ALTER OR AMEND JUDGMENT

Comes now the Plaintiff in above entitled action, pro-se, unlearned in law therefore subject to error, respectfully, and in good faith and moves the court for relief from judgment, pursuant to the Federal Rules of Civil Procedure, Rule, 60 alternatively, motion to alter or amend the judgment, pursuant to Rule 59 (e). Plaintiff shows good cause as follows:

1. In Accordance with Rule 8 (a) of the Federal Rules of Civil Procedure, "A pleading which sets forth a claim for relief, whether an original claim... shall contain (1) the courts jurisdiction, (2) a plain statement showing the pleader is entitled to relief, (3) a demand for judgment. Relief in the alternative or of several different types may be demanded.

2. Rule 8 (e) 1 provides that:

> "Every averment of a pleading shall be simple, concise, and direct. No technical forms or pleading or motions are required."

Rule 8 (e) 2 provides:

**MOTION DENIED**
THIS 24th DAY OF April, 2006
_____
UNITED STATES DISTRICT JUDGE