IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY BAKER JR., | * |
| Plaintiff, | * |
| vs. | * Case No. 2:06cv043-WHA |
| THE ALABAMA SUPREME AND COURT OF CRIMINAL APPEALS, Drayton Nabers, Jr., and H. W. McMillan, in their official Capacities, | * |
| Defendants, | * |

### MOTION FOR LEAVE TO AMEND COMPLAINT

Comes now the Plaintiff in above-styled case, pro-se, unlearned in law therefore subject to error, respectfully, and in good faith and moves the court for leave to amend the complaint, pursuant to the Federal Rules of Civil Procedure, Rule 15 (a), and to invoke 28 U.S.C. §§2201 and 28 U.S.C. 1651 and to strike 42 U.S.C. §1983 as the basis for the Court's jurisdiction, Plaintiff shows good cause as follows:

1. The Court issued its order in the case on April 10, 2006, dismissing the case with prejudice pursuant to 28 U.S.C. §1915 (e).

2. The Court may grant relief from a final judgment, or may alter or amend the final judgment if an adverse party applies for such relief within the time specified by the Federal Rules of Civil Procedure.

3. Filed contemporaneously are plaintiff's motions For Relief from the Final Judgment and motion to Alter or Amend the Judgment.

**MOTION DENIED**

THIS 24th DAY OF April, 2006

_____
UNITED STATES DISTRICT JUDGE