IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY BAKER JR., | |
| Plaintiff, | |
| vs. | Case No. 2:06cv043-WHA |
| THE ALABAMA SUPREME AND COURT OF CRIMINAL APPEALS, Drayton Nabers, Jr., and H. W. McMillan, in their official Capacities, | |
| Defendants, | |

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff in the above-styled case appeals to the United States Court of Appeals for the Eleven Circuit from the final judgment and the order dismissing plaintiff's complaint as frivolous within the meaning of 28 U.S.C. § 1915 (e) as to each of the Plaintiff's claims against the two Alabama courts and the Alabama judges with prejudice entered on April 10, 2006.

Done this the 22nd day of May 2006.

_____
Jeffery Baker Jr., Appellant
1357 County Road 3348
Brundidge, Alabama 36010
334-735-3548