IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

RECEIVED

2006 JUL 18  A 9: 33

_____, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

No. 06-13017-BB

JEFFERY BAKER, JR.,

                      Plaintiff-Appellant,

versus

THE ALABAMA SUPREME AND COURT
OF CRIMINAL APPEALS,
DRAYTON NABERS, JR.,
in his official capacity,
H. W. MCMILLAN,
in his official capacity,



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUL 14 2006
THOMAS K. KAHN

                      Defendants-Appellees.

Appeal from the United States District Court for the

Middle District of Alabama

ENTRY OF DISMISSAL

Pursuant to 11th Cir.R.42-2(c), this appeal is hereby dismissed for want of prosecution because the appellant has failed to file the appellant's brief and record excerpts within the time fixed by the rules, effective this 14th day of July, 2006.

                      THOMAS K. KAHN
                      Clerk of the United States Court
                      of Appeals for the Eleventh Circuit

                      By:  Jan Sewell
                          Deputy Clerk
                          FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _____
    Deputy Clerk
Atlanta, Georgia

ORD-40